UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.   ) | No. 3:15-00098 |
| ) | CHIEF JUDGE SHARP |
| ) | |
| DOMINIQUE WALLACE  ) | |

**MOTION TO CONTINUE TRIAL AND RELATED DEADLINES**

Dominique Wallace, through counsel, respectfully moves this Honorable Court to enter an Order: (1) Continuing the trial scheduled for July 19, 2016. The reasons for this motion follow:

1. The parties have been in plea discussions as it relates to the instant case and in case number 3:15-00140 set for trial before Judge Trauger on November 15, 2016. Those charges involve Hobbs Act Robbery charges and two co-defendants.

2. As part of plea discussions is the possibility that the parties would be in a position to resolve the instant offense as well as the pending charges before Judge Trauger. In connection with plea discussions, the parties have proposed that the pending case before this Court be transferred to Judge Trauger's docket. At a status conference before Judge Trauger on June 15, 2016, the parties inquired whether Judge Trauger would be willing to accept a transfer of the instant case, if this Court were inclined to transfer the matter. Judge Trauger expressed a willingness to do so.

3. Given that the parties remain in plea negotiations and given that part of settlement negotiations, involve the potential transfer of the instant case to Judge Trauger's docket, it is respectfully requested that the Court continue this case pending the filing of a motion and order to transfer to Judge Trauger's docket. Counsel will be filing a request to transfer for the reasons stated herein contemporaneously with this motion to continue. Given that the parties are