# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:15-cr-00098 |
| ) | Judge Trauger |
| DOMINIQUE WALLACE ) | |

## ORDER

It is hereby ORDERED that this case is set for a change of plea hearing on Tuesday, December 20, 2016 at 10:30 a.m.

It is so **ORDERED**.

ENTER this 15th day of December 2016.

_____
ALETA A. TRAUGER
U.S. District Judge

1