UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED. Hearing will be reset at the request of the defendant.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) No. 3:15-00098 |
| | ) JUDGE TRAUGER |
| DOMINIQUE WALLACE | ) |

## MOTION TO CONTINUE SENTENCING HEARING

Dominique Wallace, through counsel, respectfully moves this Honorable Court to continue his sentencing hearing scheduled for April 13, 2017, at 1:30 p.m. (D.E. 61). Counsel would show that Mr. Wallace would prefer to await sentencing in the instant case until after adjudication of his pending case before this Court in case number 3:15-00140-2. Should the pending matter be resolved short of a guilty plea, it may be a better use of resources to hold both sentencing hearings together. Additionally, counsel was advised on April 5, 2017 by the Probation Officer assigned to this case, that the presentence report (PSR) has not been prepared. The Probation Officer indicated to the parties that she was under the impression that the instant case would be continued due to the pending matter in case number 3:15-00140-2. For those reasons, the Probation has not yet prepared the PSR.

Accordingly, for these reasons, it is respectfully requested that the Court continue the sentencing hearing in this case.

Respectfully submitted,

/s/ *Ronald C. Small*
RONALD C. SMALL (BPR# 023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: ron_small@fd.org

Attorney for Dominique Wallace